Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO.  CR03-482RSL |
| ) | |
| v. ) | FINAL ORDER OF FORFEITURE |
| ) | |
| GEOFFREY NEWMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On November 5, 2004, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Geoffrey Newman's interest in the following assets:

1. A 1999 Ford F-350 Pick-up truck, Washington license number A14635F, VIN 1FTWW33S3XEA23387; and

2. $254,330.00 in United States currency[1].

The above-listed assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853(n)(1), the United States published Notice in the Daily Journal of Commerce on December 29, 2004 and January 5 and 12 of 2005, of the Preliminary Order of Forfeiture and of the intent of the United

---

[1] The $254,330.00 in United States currency was administratively forfeited by Customs and Border Protection on March 15, 2004. Therefore the United States is not seeking a Final Order of Forfeiture with regard to this asset.

FINAL ORDER OF FORFEITURE        - 1 -
(CR03-482RSL) US v. Geoffrey Newman

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  States to dispose of the assets in accordance with law.  This notice further stated that any
2  person other than the defendant having or claiming an interest in the assets was required
3  to file a petition with the Court within thirty (30) days of the final publication of the
4  notice or personal receipt of the notice, whichever is earlier, setting forth the nature of the
5  petitioner's right, title and interest in the assets. All persons believed to have an interest in
6  the property subject to forfeiture were given proper notice of the forfeiture. No person or
7  entity has appeared or filed a petition contesting forfeiture of the subject assets.
8  Accordingly
9  IT IS ORDERED, ADJUDGED and DECREED that the following asset is hereby
10 fully and finally condemned and forfeited to the United States of America in its entirety:
11 1. A 1999 Ford F-350 Pick-up truck, Washington license number A14635F,
12 VIN 1FTWW33S3XEA23387.
13 No right, title or interest to the above-described asset shall exist in any other party.
14 The above-described asset shall be disposed of in accordance with law by the Attorney
15 General.
16 The Clerk of the Court is hereby directed to send copies of the Final Order of
17 Forfeiture to all counsel of record and three (3) "raised seal" certified copies to the
18 United States Attorney's Office in Seattle, Washington.
19 DATED this 17th day of July, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

FINAL ORDER OF FORFEITURE              - 2 -
(CR03-482RSL) US v. Geoffrey Newman

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970