UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR03-0482-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| GEOFFREY NEWMAN, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 2, 2008. The United States was represented by AUSA Michael Lang and the defendant by Gilbert Levy. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 5, 2004 by the Honorable Robert S. Lasnik on a charge of Conspiracy to Distribute Marijuana, and sentenced to 18 months custody, 3 years supervised release. (Dkt. 119)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a substance abuse program, abstain from alcohol, submit to search, provide his

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

probation officer with access to financial information, maintain a single checking for all financial transactions, provide information about any business interests, and disclose all assets and liabilities.

Defendant's probation officer reported on January 22, 2008 that defendant had violated the conditions of supervision by using cocaine and alcohol. Defendant was reprimanded, and put in a structured testing program with increased frequency of testing. No further action was taken at the time. (Dkt. 132.)

Supervision was modified on May 1, 2008 to require six months of home confinement with electronic monitoring and sobrietor following a positive urine test for cocaine. (Dkt. 133.)

In an application dated August 6, 2008 (Dkt. 134), U.S. Probation Officer Jerrod Atkins alleged the following violation of the conditions of supervised release:

1. Failing to comply with the home confinement program since August 2, 2008, in violation of the special condition requiring he participate in the home confinement program with electronic monitoring and the sobrietor (alcohol testing device) as directed by the probation officer for a period of six months.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

///

01  Pending a final determination by the Court, defendant has been detained.

02  DATED this 2nd day of September , 2008.

_____
Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:        Honorable Robert S. Lasnik
     AUSA:                  Michael Lang
     Defendant's attorney:  Gilbert Levy
     Probation officer:     Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3